**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

MUSTAFA ALI,                   :    No. 18 EM 2024

          Petitioner          :

            v.                 :

PHILADELPHIA COURT OF COMMON   :
PLEAS, ATTORNEY GENERAL OF       :
PENNSYLVANIA, DISTRICT ATTORNEY   :
OF PHILADELPHIA,                 :

          Respondents       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of July, 2024, the Application for Leave to File Original Process is GRANTED, and the "Petition for Review in the Nature of a Complaint in Mandamus" is DENIED.